**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112001
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Coleen Bonti and Andrew Goldstein, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Escallate, LLC,

        Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 28 2017 ★

LONG ISLAND OFFICE

Docket No: 2:17-cv-05767-LDW-GRB

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: December 22, 2017

        **BARSHAY SANDERS, PLLC**

        By:   */s Craig B. Sanders*
        Craig B. Sanders
        100 Garden City Plaza, Suite 500
        Garden City, New York 11530
        Tel. (516) 203-7600
        Email: *ConsumerRights@BarshaySanders.com*
        Our File No: 112001
        *Attorneys for Plaintiff*

SO ORDERED
s/ Leonard D. Wexler
USDJ
Central Islip, NY
12/28/17